# Exhibit A





**02/18/2022**

_____

### New Safety Recall Advanced Communication – Z11

FCA US LLC (FCA US) has announced a safety recall on certain 2017 and 2018 Model Year (RU) Chrysler Pacifica vehicles equipped with a 3.6L PHEV Hybrid Engine.

VINs identified as being involved in this campaign are currently live and searchable.

**REASON FOR THIS SAFETY RECALL**
Some of the above Plug-in Hybrid Electric Vehicles (PHEV) may experience a fire potentially originating in the center of the vehicle underbody with the ignition in the "OFF" mode. A vehicle fire can result in increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage.

**Until further notice, FCA is advising owners of these hybrid vehicles to refrain from recharging the high voltage battery, and to park them away from structures and other vehicles.**

**SERVICE ACTION**
FCA US will conduct a voluntary safety recall on all affected vehicles. The remedy for this condition is not currently available. Dealers will be notified of the launch of this safety recall by way of established communication methods.

We ask that you please take the time to ensure that your personnel are aware of this communication and are prepared to execute a customer friendly process for inquiries regarding involved vehicles.

Customer Services Field Operations
FCA US LLC

# IMPORTANT SAFETY RECALL

## Plug-in Hybrid Electric Vehicle Fires

**This notice applies to your vehicle**,

[Model Year and Model]
VIN XXXXXXXXXXXXXXXXX

**Z11/NHTSA 22V- 077**

**LOGO**

**VEHICLE PICTURE**

**YOUR SCHEDULING OPTIONS**

1. **Visit recalls.mopar.com to sign up for email or SMS notifications** for when remedy parts become available. You will be asked to provide your Vehicle Identification Number (VIN), provided above

2. Scan below using your smartphone or tablet to sign up to be notified when remedy parts become available

**QR Code**

3. **Wait for FCA US to contact you** again, by mail, with a follow-up recall notice when remedy parts are available

4. **Call the FCA Recall Assistance Center at 1-800-853-1403**. An agent can sign you up to be notified when remedy parts become available, or answer any other questions you may have

**DEALERSHIP INSTRUCTIONS**
Please reference Safety Recall Z11.

Dear [Name],

This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act.

FCA US has decided that a defect, which relates to motor vehicle safety, exists in certain [2017 – 2018 Model Year (RU) Chrysler Pacifica PHEV] vehicles.

**WHY DOES MY VEHICLE NEED REPAIRS?**
Some of the above Plug-in Hybrid Electric Vehicles (PHEV) may experience a fire potentially originating in the center of the vehicle [1] underbody with the ignition in the "OFF" mode. A vehicle fire can result in increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage.

<u>Until further notice, FCA is advising owners of these hybrid vehicles to refrain from recharging the high voltage battery, and to park them away from structures and other vehicles.</u>

**HOW DO I RESOLVE THIS IMPORTANT SAFETY ISSUE?**
**The remedy for this condition is not currently available.** We are making every effort to finalize the remedy and will service your vehicle free of charge (parts and labor) when the remedy is available.

FCA US will contact you again, by mail, with a follow-up recall notice when the remedy is available. Once you receive your follow-up notice, simply contact your Chrysler, Jeep$_®$, Dodge or RAM dealer right away to schedule a service appointment [2]. Additional options for your next steps are included on the left side of this notification. We appreciate your patience.

**WHAT IF I ALREADY PAID TO HAVE THIS REPAIR COMPLETED?**
If you have already experienced this specific condition and have paid to have it repaired, you may visit **www.fcarecallreimbursement.com** to submit your reimbursement request online [3]. Once we receive and verify the required documents, reimbursement will be sent to you within 60 days. If you have had previous repairs performed and/or already received reimbursement, you may still need to have the recall repair performed.

We apologize for any inconvenience, but are sincerely concerned about your safety. Thank you for your attention to this important matter.

Customer Assistance/Field Operations
FCA US LLC



**Mr. Mrs. Customer**
**1234 Main Street**
**Hometown, MI 48371**

[1] If you no longer own this vehicle, please help us update our records. Call the FCA Recall Assistance Center at 1-800-853-1403 to update your information.

[2] If your dealer fails or is unable to remedy this defect without charge and within a reasonable time, you may submit a written complaint to the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Ave., S.E., Washington, DC  20590, or you can call the toll-free Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to safercar.gov.

[3] You can also mail in your original receipts and proof of payment to the following address for reimbursement consideration: FCA Customer Assistance, P.O. Box 21-8004, Auburn Hills, MI 48321-8007, Attention: Recall Reimbursement.

Note to lessors receiving this recall notice: Federal regulation requires that you forward this recall notice to the lessee within 10 days.